1

IN THE DISTRICT COURT UNITED STATES FOR THE NORTHERN DISTRICT OF WEST

VIRGINIA MARTINSBURG

ARTHUR LEE HAIRSTON SR.,

    Plaintiff,,

    V.

DVA,

REGIONAL VA OFFICE MARTINSBURG,

CLAIMS INTAKE CENTER

PHILADELPHIA PENSION CENTER,

    RESPONDENTS.

\*
\*
\*
\*
\*
\*

3,19cv 16        **FILED**

**FEB 7 2019**

CASE No.        U.S. DISTRICT COURT-WVND
                MARTINSBURG, WV 25401

CIVIL SUIT 28 U.S.C. 1331

TITLE VII DISCRIMINATION

BENCH TRIAL DEMANDED

---

This complaint is for monetary; compensatory; injunctive relief; and other damages.

COUNT ONE:

    The plaintiff on 8/15/2018 was the subject of discrimination by the VA and its regional retired Air Force veteran. A Mr. Robinson knew or should have know that, the plaintiff had to submit with the statement in support of claim an application and any documentary evidence. See exhibit (1) statement in support of claim dated 8/15/2018.

    The discrimination continued on the part of the claims intake center. Upon calling the claims intake center on approximately 10/23/ 2018, plaintiff was told to submit a hardship package with bills, but was not told to submit an application see, exhibit (2) exhibits A- H. Plaintiff was not told that he had to fill out an application until December 31 2018. Plaintiff complied see, exhibit (3) the application. Plaintiff will submit exhibits A-H during discovery.

As VA representatives all of, the named departments knew or should have known that the application was needed to complete the process. All handle claims on a daily basis. Therefore by not ensuring that, the plaintiff, fill out the application was, the pretext to, the discrimination on the part of, the regional office and the pension intake center. They all knew the claim would go nowhere without the application.

Plaintiff was told today 1/4/2019 at approximately 3:00 pm, that he had no claim in by an individual named Kevin at the intake center, 28U.S.C 1746. Upon call back after calling the American Legion a young lady told me that, the claim was there I had a reference number. The rub is what she told was wholly unbelievable.

I was told that even though I applied in August 2018, and due to the pre-textual discrimination of not advising plaintiff to fill out the application until December 2018, plaintiff was given a date of August 6, 2019 for the pension to start, 28 U.S.C. 1746.

Wherefore plaintiff seeks the benefits entitled from August 2018 to present and that all individuals responsible, who under their job description knew, or should have know, the application was needed from August to December 2018 be dealt with accordingly.

ARTHUR LEE HAIRSTON SR.

## CERTIFICATE OF SERVICE

I Arthur Lee Hairston Sr, does hereby certify that a copy of this complaint was sent to the district court at clerk's office 217 west king street Martinsburg WV 25401 also a copy was sent to West Virginia Department of Veterans affairs, 115 Aikens Center # 17 Martinsburg WV 25404 also a copy was sent to DVA Claims Intake Center Att: Philadelphia Pension Center, P.O. Box 5206, Janesville Wisconsin 53547-5206, all sent by U.S. First Class Mail this 4th day of February 2019.

ARTHUR LEE HAIRSTON SR.